# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The residence of Travis James MYERS located at 7415 West Frazier Lane, Wichita,<br>Kansas including any and all garages and outbuildings located at the residence and any<br>and all vehicles parked at the residence ("SUBJECT PREMISES"). The SUBJECT<br>PREMISES is more fully described below and in Attachment A. | )<br>)<br>)  Case No. 21-6103-GEB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____KANSAS_____
*(identify the person or describe the property to be searched and give its location)*:

The residence of Travis James MYERS located at 7415 West Frazier Lane, Wichita, Kansas including any and all garages and outbuildings located at the residence and any and all vehicles parked at the residence ("SUBJECT PREMISES"). The SUBJECT PREMISES is more fully described below and in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ___8 July 21___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Gwynne E. Birzer, U.S. Magistrate Judge___ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    06/24/2021 2:30 pm        ___[signature]___
                                                                            *Judge's signature*

City and state:    Wichita, Kansas                  HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-6104 GEB | Date and time warrant executed: 6/24/21 @ 3:53 p.m. | Copy of warrant and inventory left with: On table at 7415 W. Frazier Ln. |

Inventory made in the presence of : SA Kelly Etnier

Inventory of the property taken and name of any person(s) seized:

See attached Receipt for Property and Other Items

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/25/21

_____
Executing officer's signature

Jason E. Fuller, ATF S/A
Printed name and title

# U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

Page 1 of 2 | Case/Inspection Number: | Case/Inspection Title: | Office: ATF Wichita F.O.

Taken from: (name, title, address, if appropriate)
Travis MYERS
7415 W. Frazier, Wichita, KS

Recipient: (name, title, address, if appropriate)
ATF Jason Fuller

Location of Transfer or Seizure:
7415 W. Frazier, Wichita, KS

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Box of 12 gauge Federal ammunition |
| 1 | Electrical tape |
| 1 | Box of 12 gauge Remington ammunition |
| 1 | Magazine containing 12 rounds 9mm ammunition and 2 9mm rounds |
| 1 | Grey energetic powder |
| 1 | Indicia |
| 1 | Taurus, Model G3, 9x19, S/N TMW56176 w/ magazine containing ammunition |
| 1 | Taurus, Model G2C, 9mm, S/N ABA224931 w/ magazine containing ammunition |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: (signature) Jason Fuller — Date: 6/24/21

Transferred by: (signature, if appropriate) | Date | Witnessed by: (signature) | Date: 6-24-21

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400.23
Revised March 2005

# U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 2 of 2 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|

**Taken from:** *(name, title, address, if appropriate)*
Travis MYERS
7415 W. Frazier, Wichita, KS

**Recipient:** *(name, title, address, if appropriate)*
ATF S/A Jason Fuller

**Location of Transfer or Seizure**
7415 W. Frazier, Wichita, KS

**Basis for Transfer or Seizure of Items:**
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Box of 12 gauge ammunition |
| 1 | Used roll black electrical tape |
| 1 | Roll of electrical tape |
| 1 | Piece of ripped newspaper |
| 1 | Red shirt |
| 1 | Metal rod with black electrical tape and newspaper |

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** *(signature)* Jason Fuller  **Date** 6/24/21

**Transferred by:** *(signature, if appropriate)*  **Date**

**Witnessed by:** *(signature)*  **Date** 6-24-21

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-349-461/41101

ATF Form 3400. 23
Revised March 2005