# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>The residence of Travis James MYERS, )<br>Located at 7415 West Frazier Lane, Wichita, )<br>Kansas including any and all garages and )<br>outbuildings located at the residence and any )<br>and all vehicles parked at the residence )<br>("SUBJECT PREMISES"). ) | CASE NO. 21-M-6103-GEB<br><br>FILED UNDER SEAL |

## MOTION TO UNSEAL

Comes now the United States, by and through Lanny D. Welch, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the application, affidavit and search warrant, issued on or about June 24, 2021, case number 21-M-6103-01-GEB, be unsealed.

In support of this motion, the United States declares that disclosure of the application, affidavit and search warrant, is necessary as part of the notification requirements under Title 18, United States Code, Section 3103a(b).

WHEREFORE, the United States requests that the application, affidavit and search warrant, in case number 21-M-6103-01-GEB, be unsealed.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Tele: 316-269-6481
Fax: 316-269-6484
lanny.welch@usdoj.gov
Ks S.Ct.No. 13267